UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

Order Filed on February 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph Tanner,

Case No.:   19-11409

Chapter :   13

Hearing Date:  2 / 21 / 2019

Judge:   VFP

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

DATED: February 27, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)

Debtor: Joseph Tanner
Case No.: 19-11409-VFP
Caption of Order: Order to Extend the Automatic Stay

This matter having come before the Court by motion of Donald C. Goins Esq., attorney for the debtor, Joseph Tanner, for entry of an Order Extending the Automatic Stay and, for good cause it is

HEREBY ORDERED that:

The Debtor's Automatic Stay is hereby extended against all interested parties.

_____
Honorable Vincent F. Papalia, U.S.B.J.