**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   JOSEPH TANNER

Order Filed on July 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-11409 VFP**

**Hearing Date:  7/16/2020**

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 21, 2020**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  JOSEPH TANNER

Case No.:  19-11409

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

_____

THIS MATTER having come before the Court on 07/16/2020 on notice to DONALD C GOINS,

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 8/20/2020 or the case will be dismissed; and it is further

- ORDERED, that if satisfied, the Motion will be adjourned to 8/20/2020 at 10:00 AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-11409-VFP
Joseph Tanner                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 21, 2020
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db              Joseph Tanner,    222 Monroe Ave,    #228,    Plainfield, NJ  07063-1345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-6, U.S. Bank
           National Association, as Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Joseph  Tanner dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Gavin  Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2007-6, U.S.
           Bank National Association, as Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 6