Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 7, 2024

**Chapter 13 Case # 19-11409**

Re:  JOSEPH TANNER  
222-228 MONROE AVE  
PLAINFIELD, NJ  07060

Atty: DONALD C GOINS, ESQ  
GOINS & GOINS PA  
323 WASHINGTON AVE  
ELIZABETH, NJ  07202

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/08/2019 | $501.00 | 25519187092 | 03/15/2019 | $501.00 | 25844053691 |
| 05/02/2019 | $943.00 | 25844085538 | 06/03/2019 | $1,000.00 | 25947315077 |
| 06/03/2019 | $157.06 | 25947315088 | 07/02/2019 | $553.00 | 25947327071 |
| 07/02/2019 | $500.00 | 25947327082 | 07/26/2019 | $1,000.00 | 25947337724 |
| 07/26/2019 | $53.00 | 25947337735 | 09/16/2019 | $1,000.00 | 25947344812 |
| 09/16/2019 | $53.00 | 25947344823 | 11/08/2019 | $1,000.00 | 25947347321 |
| 11/08/2019 | $53.00 | 25947347332 | 12/17/2019 | $1,000.00 | 26297885261 |
| 12/17/2019 | $53.00 | 26297885283 | 01/29/2020 | $53.00 | 26302806718 |
| 01/29/2020 | $1,000.00 | 26302806707 | 04/28/2020 | $1,000.00 | 26495086116 |
| 04/28/2020 | $88.00 | 26495086127 | 06/15/2020 | $1,000.00 | 26726017217 |
| 06/15/2020 | $88.00 | 26726017228 | 07/28/2020 | $1,000.00 | 26495075507 |
| 07/28/2020 | $1,000.00 | 26495075518 | 07/28/2020 | $176.00 | 26495075520 |
| 08/06/2020 | $352.00 | 26750434871 | 08/06/2020 | $1,000.00 | 26750434858 |
| 08/06/2020 | $1,000.00 | 26750434836 | 08/06/2020 | $1,000.00 | 26750434860 |
| 08/06/2020 | $1,000.00 | 26750434847 | 09/10/2020 | $88.00 | 26726040663 |
| 09/10/2020 | $1,000.00 | 26726040652 | 10/07/2020 | $1,000.00 | 26750409333 |
| 10/07/2020 | $88.00 | 26750409344 | 11/16/2020 | $1,000.00 | 26998272753 |
| 11/16/2020 | $88.00 | 26998272764 | 12/15/2020 | $88.00 | 26998286321 |
| 12/15/2020 | $1,000.00 | 26998286310 | 01/25/2021 | $1,000.00 | 27208825255 |
| 01/25/2021 | $88.00 | 27208825266 | 02/23/2021 | $1,000.00 | 26750423171 |
| 02/23/2021 | $88.00 | 26750423193 | 03/17/2021 | $1,000.00 | 27211495228 |
| 03/17/2021 | $88.00 | 27211495230 | 04/07/2021 | $1,000.00 | 27208843661 |
| 04/07/2021 | $88.00 | 27208843683 | 05/25/2021 | $1,000.00 | 27499653066 |
| 05/25/2021 | $88.00 | 27499653055 | 06/08/2021 | $1,000.00 | 27499655744 |
| 06/08/2021 | $88.00 | 27499655812 | 07/13/2021 | $88.00 | 27396446850 |
| 07/13/2021 | $1,000.00 | 27396446848 | 08/17/2021 | $1,000.00 | 27441731452 |
| 08/17/2021 | $88.00 | 27441731463 | 09/27/2021 | $88.00 | 27441726952 |
| 09/27/2021 | $1,000.00 | 27441726941 | 10/13/2021 | $88.00 | 27652308041 |
| 10/13/2021 | $1,000.00 | 27652308030 | 11/15/2021 | $88.00 | 27652311562 |
| 11/15/2021 | $1,000.00 | 27652311551 | 12/02/2021 | $88.00 | 27652302540 |
| 12/02/2021 | $1,000.00 | 27652302538 | 01/13/2022 | $88.00 | 26750433982 |

**Chapter 13 Case # 19-11409**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2022 | $1,000.00 | 26750433971 | 02/15/2022 | $1,000.00 | 28014700950 |
| 02/15/2022 | $88.00 | 28014700961 | 03/07/2022 | $1,000.00 | 27887502510 |
| 03/07/2022 | $88.00 | 27887502521 | 04/06/2022 | $1,000.00 | 28014714055 |
| 04/06/2022 | $88.00 | 28014714066 | 05/26/2022 | $1,000.00 | 27977164367 |
| 05/26/2022 | $88.00 | 27977164378 | 06/14/2022 | $88.00 | 28074950392 |
| 06/14/2022 | $1,000.00 | 28074950381 | 07/19/2022 | $88.00 | 28074953711 |
| 07/19/2022 | $1,000.00 | 28074953700 | 08/10/2022 | $88.00 | 28074962430 |
| 08/10/2022 | $1,000.00 | 28074962428 | 09/21/2022 | $88.00 | 28276736681 |
| 09/21/2022 | $1,000.00 | 28276736670 | 10/18/2022 | $1,000.00 | 28074965894 |
| 10/18/2022 | $88.00 | 28074965905 | 11/09/2022 | $88.00 | 28463406030 |
| 11/09/2022 | $1,000.00 | 28463406028 | 12/13/2022 | $88.00 | 28463404577 |
| 12/13/2022 | $1,000.00 | 28463404555 | 01/10/2023 | $894.92 | 28463411068 |
| 02/14/2023 | $894.94 | 28404870311 | 03/09/2023 | $894.94 | 28636064201 |
| 04/10/2023 | $894.94 | 28691552428 | 05/09/2023 | $894.94 | 28691563487 |
| 06/12/2023 | $894.94 | 28681790703 | 07/11/2023 | $894.94 | 28691597564 |
| 08/09/2023 | $894.94 | 28985125860 | 09/12/2023 | $894.94 | 28681793897 |
| 10/11/2023 | $894.94 | 28985137942 | 11/08/2023 | $894.94 | 28985134825 |
| 12/06/2023 | $894.94 | 29026370878 | 01/10/2024 | $894.94 | 29026389947 |
| 01/11/2024 | $116.53 | 29026391736 | | | |

**Total Receipts: $60,338.79  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $60,338.79**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,566.17 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,290.00 | 100.00% | 2,290.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | COMCAST | UNSECURED | 489.56 | 100.00% | 387.71 | 101.85 |
| 0004 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 50,887.05 | 100.00% | 50,887.05 | 0.00 |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,205.03 | 100.00% | 1,746.31 | 458.72 |
| 0006 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid:  $59,408.24**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| COMCAST | | | | | | |
| | 11/13/2023 | $88.54 | 919187 | 12/11/2023 | $149.59 | 920607 |
| | 01/08/2024 | $149.58 | 921983 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 11/13/2023 | $398.80 | 8003806 | 12/11/2023 | $673.75 | 8003859 |
| | 01/08/2024 | $673.76 | 8003906 | | | |

**Chapter 13 Case # 19-11409**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 07/15/2019 | $670.94 | 829933 | | 08/19/2019 | $2,021.76 | 831962 |
| | 10/21/2019 | $1,037.20 | 836005 | | 12/16/2019 | $998.24 | 839932 |
| | 01/13/2020 | $998.24 | 841823 | | 03/16/2020 | $998.24 | 845628 |
| | 05/18/2020 | $979.20 | 849394 | | 07/20/2020 | $1,006.40 | 852938 |
| | 08/17/2020 | $2,012.80 | 854770 | | 09/21/2020 | $3,973.07 | 856636 |
| | 09/21/2020 | $52.53 | 856636 | | 10/19/2020 | $13.13 | 858476 |
| | 10/19/2020 | $993.27 | 858476 | | 11/16/2020 | $993.27 | 859534 |
| | 11/16/2020 | $13.13 | 859534 | | 12/21/2020 | $13.13 | 861346 |
| | 12/21/2020 | $993.27 | 861346 | | 01/11/2021 | $993.27 | 863150 |
| | 01/11/2021 | $13.13 | 863150 | | 02/22/2021 | $13.13 | 864798 |
| | 02/22/2021 | $993.27 | 864798 | | 03/15/2021 | $993.27 | 866673 |
| | 03/15/2021 | $13.13 | 866673 | | 04/19/2021 | $13.13 | 868321 |
| | 04/19/2021 | $993.27 | 868321 | | 05/17/2021 | $993.27 | 870234 |
| | 05/17/2021 | $13.13 | 870234 | | 06/21/2021 | $13.35 | 872021 |
| | 06/21/2021 | $1,009.37 | 872021 | | 07/19/2021 | $1,009.38 | 873829 |
| | 07/19/2021 | $13.34 | 873829 | | 08/16/2021 | $13.35 | 875515 |
| | 08/16/2021 | $1,009.37 | 875515 | | 09/20/2021 | $1,009.38 | 877238 |
| | 09/20/2021 | $13.34 | 877238 | | 10/18/2021 | $13.35 | 879022 |
| | 10/18/2021 | $1,009.37 | 879022 | | 11/17/2021 | $1,020.11 | 880721 |
| | 11/17/2021 | $13.49 | 880721 | | 12/13/2021 | $13.49 | 882351 |
| | 12/13/2021 | $1,020.11 | 882351 | | 01/10/2022 | $1,020.11 | 884010 |
| | 01/10/2022 | $13.49 | 884010 | | 02/14/2022 | $13.49 | 885692 |
| | 02/14/2022 | $1,020.11 | 885692 | | 03/14/2022 | $1,020.11 | 887404 |
| | 03/14/2022 | $13.49 | 887404 | | 04/18/2022 | $13.70 | 889083 |
| | 04/18/2022 | $1,036.22 | 889083 | | 05/16/2022 | $1,036.22 | 890809 |
| | 05/16/2022 | $13.70 | 890809 | | 06/20/2022 | $13.70 | 892474 |
| | 06/20/2022 | $1,036.22 | 892474 | | 07/18/2022 | $1,036.22 | 894213 |
| | 07/18/2022 | $13.70 | 894213 | | 08/15/2022 | $13.70 | 895774 |
| | 08/15/2022 | $1,036.22 | 895774 | | 09/19/2022 | $1,036.22 | 897370 |
| | 09/19/2022 | $13.70 | 897370 | | 10/17/2022 | $13.70 | 899035 |
| | 10/17/2022 | $1,036.22 | 899035 | | 11/14/2022 | $1,014.75 | 900608 |
| | 11/14/2022 | $13.41 | 900608 | | 12/12/2022 | $13.41 | 902176 |
| | 12/12/2022 | $1,014.75 | 902176 | | 01/09/2023 | $1,014.74 | 903662 |
| | 01/09/2023 | ($1,014.74) | 903662 | | 01/09/2023 | $1,014.74 | 904808 |
| | 01/09/2023 | $13.42 | 903662 | | 01/09/2023 | ($13.42) | 903662 |
| | 01/09/2023 | $13.42 | 904808 | | 02/13/2023 | $11.03 | 905168 |
| | 02/13/2023 | $834.67 | 905168 | | 03/13/2023 | $834.69 | 906787 |
| | 03/13/2023 | $11.03 | 906787 | | 04/17/2023 | $11.04 | 908352 |
| | 04/17/2023 | $834.68 | 908352 | | 05/15/2023 | $834.69 | 909980 |
| | 05/15/2023 | $11.03 | 909980 | | 06/12/2023 | $10.92 | 911437 |
| | 06/12/2023 | $825.85 | 911437 | | 07/17/2023 | $825.85 | 912951 |
| | 07/17/2023 | $10.92 | 912951 | | 08/14/2023 | $10.92 | 914464 |
| | 08/14/2023 | $825.85 | 914464 | | 09/18/2023 | $825.85 | 915956 |
| | 09/18/2023 | $10.92 | 915956 | | 10/16/2023 | $10.92 | 917460 |
| | 10/16/2023 | $825.85 | 917460 | | 11/13/2023 | $331.62 | 918881 |
| | 11/13/2023 | $4.38 | 918881 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: February 07, 2024.

Receipts: $60,338.79    -    Paid to Claims: $53,552.07    -    Admin Costs Paid: $5,856.17    =    Funds on Hand: $930.55

Unpaid Balance to Claims: $560.57    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($369.98)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.